7jgmtwoh (7/15)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:*  Michael Brian Perry –ABOVE MED–
*Debtor*

**State of Kansas Department of Labor**
   Plaintiff(s)

v.

**Michael Brian Perry**
   Defendant(s)

*Bankruptcy Case No.*
15–40724–drd13

*Adversary Case No.*
15–04054–drd

## JUDGMENT

The issues of this proceeding having been duly considered by the Honorable Dennis R. Dow , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

*IT IS ORDERED AND ADJUDGED*: The Court, having reviewed the pleadings in the adversary proceeding, the underlying bankruptcy case of the Defendant as referenced above, and the relevant legal authorities, and being fully advised, finds that default judgment should be entered against Defendant because Defendant willfully and knowingly misrepresented facts or circumstances related to Defendants employment for the purpose of inducing KDoL, in reasonable reliance thereupon, to improperly pay unemployment benefits in the aggregate amount of $1,876.00 during the period of time covered by the agencys administrative order.
Based upon the undisputed allegations contained in the Complaint, the Court finds that the indebtedness owed by Defendant to KDOL including statutory penalties and interest imposed pursuant to K.S.A. §44–719(d), should be and hereby is exempted from discharge including such interest, the costs of this matter in the form of filing fees in the amount of $350.00, all pursuant to 11 U.C.S. § 523(a)(2) and 11 U.S.C. 1328(a)(1).

PAIGE WYMORE–WYNN
Acting Court Executive

By: /s/ Kristina D. Richardson
    Deputy Clerk



Date of issuance: 7/10/15

Court to serve